UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HELMUTH LEHMANN, | CASE NO. 3:12-CV-00097-LRH-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDCE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign insurance corporation, | |
| Defendant. | |

The parties through their undersigned counsel hereby stipulate and agree that this action should be dismissed with prejudice, with each party to bear its, his or her attorneys fees and costs.

DATED this 2nd day of July 2013.

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON
Counsel for Plaintiff

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKERSON, LLP

_____
FRANCIS TORRENCE
Counsel for Defendant

ORDER

IT IS SO ORDERED.

This 17th day of July, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1